# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEKALB COUNTY, GEORGIA<br><br>Defendant. | Case No.  1:22-cv-2204-SCJ-JCF |

## ORDER

The Parties' Settlement Agreement (ECF No. __2__) is **ENTERED** on the record. Based on the Parties' Settlement Agreement, this case is **DISMISSED WITHOUT PREJUDICE.**

This Court retains jurisdiction over the Settlement Agreement, which is hereby incorporated by reference, for the purposes of enforcing its provisions and resolving any disputes that may arise between the Parties thereunder as appropriate. At the end of eighteen (18) months from the date this Order is entered, this Court's jurisdiction over this matter shall expire and this action will be dismissed with prejudice without further Order.

**DONE**, this  6th  day of __June__, 2022.



   s/Steve C. Jones   
UNITED STATES DISTRICT JUDGE